ANDREA A. GARDNER *vs.* STEVEN F. GARDNER. April 15, 1980. We are again asked to set aside a division of property ordered within a judgment for divorce nisi. The record demonstrates "beyond doubt that the judge considered all the factors set forth" in G. L. c. 208, § 34. Furthermore, his findings are supported by the evidence. The judge has broad discretion in fashioning a judgment under § 34. See *Bianco* v. *Bianco,* 371 Mass. 420, 423 (1976). See also *Putnam* v. *Putnam,* 5 Mass. App. Ct. 10, 14 (1977), *S.C.,* 7 Mass. App. Ct. 672 (1979).

*Judgment affirmed.*

*George M. Tull* for the defendant.
*Burton Winnick* (*Mark David Modest* with him) for the plaintiff.